IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| MIGUEL BORGO and COLLEEN BLANKENSHIP, | * | |
| Plaintiffs, | * | |
| v. | * | CV 321-076 |
| THE ESTATE OF THOMAS CRAVEY; THOMAS CRAVEY, Individually and as the Co-Executor of the Estate of Thomas Cravey; and MARK CRAVEY, | * | |
| Defendants. | * | |

ORDER

On August 1, 2022, the parties settled this case through mediation with the United States Magistrate Judge. Plaintiffs have now filed a notice of voluntary dismissal. Upon due consideration, the Court hereby **DISMISSES WITH PREJUDICE** this case pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE